UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                    CASE NO.: 6:17-bk-03846-KSJ

SQUARE ONE DEVELOPMENT, LLC                       CHAPTER 11

      Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

**SQUARE ONE DEVELOPMENT**, a Florida limited liability company ("Square One"), and twelve (12) of its subsidiaries[1] (the "Affiliated Debtors") ("Square One" and the "Affiliated Debtors" are hereinafter collectively referred to as the "Debtors"), by and through their undersigned counsel, and pursuant to Administrative Order FLMB 2009-1, file this Chapter 11 Case Management Summary, and state as follows:

### I. Description of Square One's Business

1. On June 9, 2017, Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Middle District of Florida, Orlando Division. No trustee has been appointed and Debtors continue to operate their businesses and manage their properties as debtors-in-possession under §§ 1107(a) and 1108 of the Bankruptcy Code.

2. Square One is a multi-member Florida limited liability company formed on April 6, 2010. Square One owns a group of twelve related entities including eight (8) full service gourmet

---

[1] Square One Winter Park, LLC, Case No: 6:17-bk-3843; Square One Tamiami, LLC, Case No: 6:17-bk-3847; Square One University, LLC, Case No: 6:17-bk-3848; Square One Fort Myers, LLC, Case No: 6:17-bk-3849; Square One Tampa Bay, LLC, Case No: 6:17-bk-3850; Square One Henderson, LLC, Case No: 6:17-bk-3851; Square One Brandon, LLC, Case No: 6:17-bk-3852; Square One Tyrone, LLC, Case No: 6:17-bk-3853; Square One The Villages, LLC, Case No: 6:17-bk-3855; Square One Gainesville, LLC, Case No: 6:17-bk-3856; Square One Burgers Property Co, LLC, Case No: 6:17-bk-3857; and Square One Lakeland, LLC, Case No: 6:17-bk-3858.

burger restaurants with franchises operating in west central Florida. Square One maintains its corporate offices at: 704 West Bay Street, Tampa, Florida 33606, but manages restaurants in Fort Myers, Gainesville, The Villages, Lakeland, Brandon, Saint Petersburg and Sarasota, Florida.

## II. Events Leading to and Reasons for Filing

3. In 2006, Joanie Corneil and Bill Shumate spotted an early trend; consumers wanted higher quality burgers served in an upscale setting. They seized an opportunity to create a gourmet burger business with a trendy full-service, full-bar restaurant and opened the first Square One restaurant in February, 2008 in Tampa, Florida. Capitalizing on the success of the first Square One branded restaurant, Joanie and Bill opened a second restaurant in Sarasota, Florida, and over the next five years added seven additional locations across west central Florida.

4. The success of Square One's expansion could be attributed to its innovative product offering, diverse customer base, health conscious options, unique dining experience and strong management team. These elements enabled Square One to establish a unique position as a full-service gourmet burger brand.

5. Unfortunately, between 2014 and 2016, a number of restaurant franchises flooded the market saturating the areas around Square One's restaurants with a litany of dining options. When the competition settled in, Square One struggled to breakeven and quickly fell behind with its creditors. In the first half of 2017, the collection lawsuits[2] started to build and take their toll on the Debtors' operations. In May 2017, after failing to stave off eviction, Square One Winter Park, LLC was forced to shutter its location.

---

[2] See e.g., *Campo Engineering, Inc., v. Square One Burgers & Bar, LLC*, Hillsborough County Case No: 17-CA-3687; *Destination Studios, LLC v. Square One Winter Park, LLC*, Orange County Case No: 2014-CA-3574-O; *Jon B. Opper v. Square One Tyrone, LLC*, Pinellas County Case No: 16-007982-CI; *LG Sheldon & Linebaugh, LLC v. Square One Westchase, LLC and Square One Development, LLC*, Hillsborough County Case No: 17-CA-000499; *Stearns Bank v. Square One Development, LLC, et al.*, Sarasota County Case No: 2017-CA-001275-NC.

6. Debtors attempted keep the lawsuits at bay, but with losses mounting and their working capital dwindling, Debtors elected to pursue Chapter 11 in an effort to preserve the going concern value of their operations for the benefit of their creditors and the estate. Debtors hope to restructure their existing debts and return to operating their respective businesses at a profit.

### III. Ownership Interests in Debtors and Square One's Officers

7. Square One's ownership structure is divided into four (4) separate classes. Class A membership interests are held by Joanie Corneil (27.3%), Bill Shumate (25.3%), Ray Leich (20.4%) and Bill Milner (5.0%) (the "Managing Members"). The Managing Members own a controlling 78.00% of Square One, which in turn owns 100% of the membership interests of the Affiliated Debtors. The remaining equity interests in Square One are classified into three separate classes (Classes B through D) which are specifically reserved for additional equity investment opportunities.

### IV. Debtors' Cash Management System

8. Prior to the Petition Date, Debtors maintained a complex cash management system through which Debtors collect and account for all monetary receipts and disbursements (the "Cash Management System").

9. The Cash Management System was developed to enable Debtors to accurately track: cash, checks and cash equivalents receive by and transferred among Debtors.

10. The primary accounts for each of the Debtors are at First Citrus Bank. Each day, funds are swept from the bank accounts maintained by the Affiliated Debtors to a master account in the name of Square One (the "Master Account"). The Master Account serves as the concentrated collection point for all cash received by Debtors. Following the account sweep, Square One retains a portion of the swept funds to cover insurance expenses for insurance provided under group insurance policies and other related administrative expenses, and also to cover payroll for each restaurant location manager (the "Related Expenses"). The balance remaining in the Master Account after

deduction of their respective share of Related Expenses is then remit to each of the Affiliated Debtors.

V. **Amounts Owed to Various Classes of Creditors**

11. As of the Petition Date, Debtors were indebted to various creditors as follows:

| Secured Lender | Approximate Amount Owed (lien type) |
|---|---|
| First Citrus Bank | $1,170,000.00 (lien on the personal property of Square One and six (6) of the Affiliated Debtors with operations in Sarasota, Fort Myers, Tampa, The Villages, and Brandon) |
| Stearns Bank | $3,800,000 (lien on the real and personal property of Square One Gainesville, LLC and personal property of Square One Lakeland, LLC) |

12. Obligations owed to priority creditors such as governmental creditors for taxes.

Debtors believe they are current with respect to their federal tax obligations, but have a combined tax obligation owing to the Florida Department of Revenue in the amount of $7,500.00. In addition, Square One, Square One Henderson, LLC and Square One The Villages, LLC have scheduled $124,000.00 owing to employees for two weeks work performed pre-petition.

13. Amount of unsecured claims. As of the Petition Date, Debtors were indebted to non-disputed and non-insider unsecured creditors in the approximate amount of $2,200,000.00.

VI. **General Description and Approximate Value of Debtor's Current and Fixed Assets**

14. Debtors' combined assets include approximately $215,000.00 in food and beverage inventory, $3,500,000.00 in furniture and restaurant equipment and approximately $1,500,000.00 in real property.

VII. **Number of Employees and Amount of Wages Owed as of the Petition Date**

15. As of the Petition Date, Debtors employ approximately (300) hourly and salaried employees (the "Employees"). The Employees are paid bi-weekly, for services performed during the prior two-week period. Contemporaneously with the filing of this summary, Square One, Square One Henderson, LLC and Square One The Villages, LLC are seeking to pay prepetition wages in the approximate amount of $124,000.00, which are scheduled to be paid beginning on June 14, 2017. No single Employee is believed to be owed more than the $12,850.00 limit set forth in 11 U.S.C. § 507(a)(4).

VIII. **Anticipated Emergency Relief to be Requested with 14 Days from the Petition Date**

16. Motion for Authority to Use Cash Collateral

17. Motion for Authority to Pay Pre-petition Wages

18. Motion for Joint Administration of Cases

**RESPECTFULLY SUBMITTED** this 12th day of June 2017.

/s/ Daniel A. Velasquez,
**R. Scott Shuker, Esq.**
Florida Bar No. 0984469
rshuker@lseblaw.com
**Daniel A. Velasquez, Esq.**
Florida Bar No. 0098158
Dvelasquez@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
bknotice@lseblaw.com
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**In re:**  CASE NO.: 6:17-bk-03846-KSJ

**SQUARE ONE DEVELOPMENT, LLC**  CHAPTER 11

Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the forgoing **CHAPTER 11 CASE MANAGEMENT SUMMARY** has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: Square One Development, LLC, 704 West Bay Street, Tampa, FL 33606; Stearns Bank, N.A., c/o Dennis Stearns, President, 324 W. Wendover Avenue, Suite 204, Greensboro, NC 27408 (via certified mail); Stearns Bank, N.A., c/o Dawn Brouillet, 4191 South 2nd Street, St. Cloud, Minnesota, 56302; Stearns Bank, N.A., c/o Joseph Edwards, Esq., Registered Agent, 201 E. Kennedy Boulevard, Suite 950, Tampa, Florida 33602; First Citrus Bank, c/o John Barrett, Chief Executive Officer, 10824 N. Dale Mabry Highway, Tampa, Florida 33618 (via certified mail); First Citrus Bank, c/o John T. Linton, Registered Agent, 10824 N. Dale Mabry Highway, Tampa, Florida 33618; Michael C. Markham, a/f First Citrus Bank, 401 East Jackson Street, Tampa, Florida 33602, MikeM@jpfirm.com; the 20 largest unsecured creditors shown on the matrix attached to the original of this motion filed with the Court; and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 12th day of June 2017.

/s/ Daniel A. Velasquez
Daniel A. Velasquez, Esq.

```
Label Matrix for local noticing      Square One Development, LLC      Advantage Publishing Inc
113A-6                               704 W Bay Street                 4915 NW 43rd Street
Case 6:17-bk-03846-KSJ               Tampa, FL 33606-2706              Gainesville, FL 32606-4460
Middle District of Florida
Orlando
Mon Jun 12 11:14:02 EDT 2017

Andrew W Rosin Esq.                  Bill Shumate                     Blue Cross Blue Sheild
1966 Hillview Street                 704 W Bay Street                 PO Box 660299
Sarasota, FL 34239-3607              Tampa, FL 33606-2706              Dallas, TX 75266-0299


Broek LP                             C&O Inc                          Cortland Reilly
9995 Huntcliff Trace                 1413 S Howard Ave                457 W Dale Ave
Atlanta, GA 30350-2717               Suite 100                        Tampa, FL 33609
                                     Tampa, FL 33606-3176


DVC Marketing                        David W Steen, PA                ERC
5420 Pioneer Park Blvd               2901 W Busch Blvd                4001 Cobb Intern'l Blvd NW
Suite C                              Suite 311                        Kennesaw, GA 30152-4374
Tampa, FL 33634-4312                 Tampa, FL 33618-4565


First Citrus Bank                    Florida Department of Revenue    Gillen Broadcasting Corp
Attn:  Marc Baumann, SVP             Bankruptcy Unit                  7120 SW 24th Ave
10824 N Dale Mabry Hwy               Post Office Box 6668             Gainesville, FL 32607-3705
Tampa, FL 33618-4142                 Tallahassee FL 32314-6668


Ian Mackechnie                       In2Food Inc                      Internal Revenue Service
600 N Westshore Blvd                 1775 Breckenridge Pkwy           Post Office Box 7346
Suite 1200                           Duluth, GA 30096-7616             Philadelphia PA 19101-7346
Tampa, FL 33609-1117


Joanie Corneil                       John Anthony, Esq                John Conner
704 W Bay Street                     Anthony & Partners, LLC          15907 Baycress Dr
Tampa, FL 33606-2706                 201 N Franklin St, #2800         Lakewood Ranch, FL 34202-2015
                                     Tampa, FL 33602-5816


Ken Rogers                           Nelson Mullins Riley             Orange County Tax Collector
128 Palm Bay Terrace                 & Scarborough LLP                PO Box 545100
Apt D                                PO Box 11009                     Orlando FL 32854-5100
Palm Beach Gardens, FL 33418-5765    Columbis, SC 29211-1009


Pat Sullivan                         Phillip Morris                   Raymond Leich
704 W Bay Street                     PO Box 110459                    704 W Bay Street
Tampa, FL 33606-2706                 Lakewood Ranch, FL 34211-0006    Tampa, FL 33606-2706


Rearden Killion Comm                 Shoes for Crews LLC              ShredGreen
650 Second Ave South                 PO Box 504634                    PO box 47687
St Petersburg, FL 33701-4104         St Louis, MO 63150-4634           Tampa, FL 33646-0115
```

| | | |
|---|---|---|
| So Tampa Chamber of Commerce<br>701 S Howard Ave, Ste 204<br>Tampa, FL 33606-2473 | Staples Advantage<br>PO Box 405386<br>Dept ATL<br>Atlanta, GA 30384-5386 | Stearns Bank, NA<br>7555 Dr MLK Jr St N<br>St Petersburg, FL 33702-5205 |
| Tampa Bay Newspapers<br>9911 Seminole Blvd<br>Seminole, FL 33772-2536 | United Concordia<br>4401 Deer Path Rd<br>Harrisburg, PA 17110-3983 | UnitedHealthcare<br>Dept CH 10151<br>Palatine, IL 60055-0151 |
| William Milner<br>704 W Bay Street<br>Tampa, FL 33606-2706 | R Scott Shuker +<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Colonial Life Insurance

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39