UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmd.uscourts.gov

| | |
|---|---|
| In re:  SQUARE ONE<br>DEVELOPMENT, LLC, *et al.*<br><br>Debtors.<br>_____/ | CHAPTER 11<br><br>CASE NO.:   6:17-bk-03846-KSJ<br><br>Jointly Administered[1] |

APPLICATION OF SQUARE ONE DEVELOPMENT, LLC, *ET AL.*,
TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF
LATHAM, SHUKER, EDEN & BEAUDINE, LLP,
AS DEBTORS' COUNSEL, *NUNC PRO TUNC* TO JUNE 9, 2017

SQUARE ONE DEVELOPMENT, LLC ("Square One") and its affiliates and related entities listed on **Exhibit A** attached hereto, which are jointly-administered debtors and debtors-in-possession (collectively, hereinafter referred to as the "Debtors"), hereby seek authorization to employ R. Scott Shuker and the law firm of Latham, Shuker, Eden & Beaudine, LLP, ("Latham Shuker") as its counsel in these cases, *nunc pro tunc* to June 9, 2017 and, in support thereof, state:

1.      On June 9, 2017 ("Petition Date"), the Debtors filed their voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code (the "Code").  No trustee has been appointed, and the Debtors are administering their cases as debtors-in-possession.

2.      Immediately thereafter, the Debtors filed their motions for joint administration of their affiliated and related cases ("Joint Administration").

---

[1] Jointly-administered cases:  Square One Development, LLC, Case No.: 6:17-bk-03846-KSJ; Square One Winter Park, LLC, Case No.: 6:17-bk-03843-KSJ; Square One Tamiami, LLC, Case No.: 6:17-bk-03847-KSJ; Square One University, LLC, Case No.: 6:17-bk-03848-KSJ; Square One Ft. Myers, LLC, Case No.: 6:17-bk-03849-KSJ; Square One Tampa Bay, LLC, Case No.: 6:17-bk-03850-KSJ; Square One Henderson, LLC, Case No.: 6:17-bk-03851-KSJ; Square One Brandon, LLC, Case No.: 6:17-bk-03852-KSJ; Square One Tyrone, LLC, Case No.: 6:17-bk-03853-KSJ; Square One The Villages, LLC, Case No.: 6:17-bk-03855-KSJ; Square One Gainesville, LLC, Case No.: 6:17-bk-03856-KSJ; Square One Burgers Prop Co., LLC, Case No.: 6:17-bk-03857-KSJ; and Square One Lakeland, LLC, Case No.: 6:17-bk-03858-KSJ.

3.  The Debtors desire to employ Latham Shuker, under § 327(a) of the Bankruptcy Code, to assist the Debtors in their bankruptcy cases.

4.  The Debtors have selected Latham Shuker because:

(a) partners and associates of Latham Shuker have substantial experience in rendering the types of legal services that will be required in these cases;

(b) partners and associates of Latham Shuker are admitted to practice in this Court; and

(c) Latham Shuker will be able to efficiently and cost-effectively render services necessary in these Chapter 11 cases.

5.  In the continuation of the Debtors' estates and in the administration of these cases, legal services will be required as to, but not limited to, the following;

(a) advising as to the Debtors' rights and duties in this case;

(b) preparing pleadings related to these cases, including a disclosure statement and a plan of reorganization; and

(c) taking any and all other necessary action incident to the proper preservation and administration of these estates.

6.  Latham Shuker has represented the Debtors, jointly, since on or about June 5, 2017 in connection with (i) the feasibility of a workout or the filing of petitions under Chapter 11 of the United States Bankruptcy Code ("Code"); and (ii) assistance in the preparation of and filing of these cases.

7.  Except as set forth in paragraph 8 below and in the Affidavit pursuant to 11 U.S.C § 327(a) and Bankruptcy Rule 2014 and to the best of the Debtors' knowledge, Latham Shuker has no connection with the creditors or other parties in interest or their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

Latham Shuker represents no interest adverse to the Debtors and is disinterested as required by 11 U.S.C. §327(a) and as required under Bankruptcy Rule 2014.

8. At this time, Latham Shuker is not aware of any intercompany debt. Latham Shuker asserts that if there were any intercompany debt, it would not give rise to a conflict because the Debtors will be filing a joint plan of reorganization or liquidation under which such obligations are released and of no effect. Latham Shuker does not represent (nor has it in the past) any affiliate or insider of the Debtors. If Latham Shuker receives additional information on intercompany claims, it will file a supplemental disclosure.

9. The terms of employment agreed to between the Debtors and Latham Shuker, subject to approval of the Court, are that services will be billed at the standard hourly rates of the respective attorneys and paralegals of Latham Shuker, which rates range from $575-350 for Partners, $290-220 for Associates, and $160-105 for paraprofessionals. The Debtors have been advised that these rates are subject to periodic adjustment to reflect economic and other considerations. Latham Shuker will apply its advance fee to its periodic billings subject to interim and final applications for compensation and approval by the Court, and, at an appropriate time, Latham Shuker may make application for an award of additional compensation; and the Debtors, subject to Court approval, have been advised that they shall be responsible for all fees and expenses incurred by Latham Shuker.

10. Prior to the commencement of this case, Ray Leitch advanced $22,321.00 for the filing fees for the thirteen Debtors. Thereafter, on June 26, 2017, Otho Shumate transferred $91,000.00 for post-petition services and expenses for all thirteen cases ("Advance Fee"). Latham Shuker has not shared, or agreed to share, the Advance Fee, additional fees, or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of Latham Shuker.

11. Square One previously paid $5,000.00, on a current basis, for services rendered and costs incurred prior to commencement of the bankruptcy cases of the Debtors, including the preparation of thirteen petitions and related documents under Chapter 11 of the Code.

**WHEREFORE**, Square One Development, LLC, and its twelve affiliated and related entities, respectfully request the entry of an order authorizing them to retain and employ R. Scott Shuker and the law firm of Latham, Shuker, Eden & Beaudine, LLP, as their bankruptcy counsel in these cases, *nunc pro tunc* to June 9, 2017, and for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 29 day of June 2017.

SQUARE ONE DEVELOPMENT, LLC
And AFFILIATES

By: _____
William Milner, Manager

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  SQUARE ONE
DEVELOPMENT, LLC, *et al.*

Debtors.

_____/

CHAPTER 11

CASE NO.:  6:17-bk-03846-KSJ

Jointly Administered

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the **APPLICATION OF SQUARE ONE DEVELOPMENT, LLC, *ET AL.*, TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, AS DEBTORS' COUNSEL, *NUNC PRO TUNC* TO JUNE 9, 2017**, together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to:   Square One Devvelopment, LLC, Attn:  William Milner, Manager, 704 W Bay Street, Tampa, FL  33606; Michael C. Markham, Johnson, Pope, Bokor, Ruppel & Burns, LLP, PO Box 1100 (33601-1100), 401 E. Jackson Street, Suite 3100, Tampa, Florida 33602, MikeM@jpfirm.com; Stearns Bank, N.A., c/o Sacha Ross, 1023 Manatee Avenue West, Bradenton, Florida 34205, sross@grimesgoebel.com; Audrey Aleskovsky, Esq., Office of the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; the Local Rule 1007-2 parties-in-interest list, as shown on the matrices attached to the original of this Application filed with the Court; and all those who receive electronic notice via CM/ECF in the ordinary course of business; this 2\_\_ day of June 2017.

R. Scott Shuker
Florida Bar No. 984469
rshuker@lseblaw.com
bknotice@lseblaw.com
Daniel A. Velasquez
Florida Bar No. 0098158
dvelasquez@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Ave, Suite 1400
P.O. Box 3353   (32802-3353)
Orlando, Florida   32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtors

# EXHIBIT A
## AFFILIATES AND RELATED ENTITIES

| Debtor | Relationship | District | Date | Case #, if known |
| --- | --- | --- | --- | --- |
| **Square One Development, LLC** | **Corporate Parent** | **Middle District of Florida, Orlando Division** | **06/09/2017** | **6:17-bk-3846** |
| Square One Winter Park, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | 6:17-bk-3843 |
| Square One Tamiami, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | 6:17-bk-3847 |
| Square One University, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | 6:17-bk-3848 |
| Square One Fort Myers, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | 6:17-bk-3849 |
| Square One Tampa Bay, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | 6:17-bk-3850 |
| Square One Henderson, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | 6:17-bk-3851 |
| Square One Brandon, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | 6:17-bk-3852 |
| Square One Tyrone, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | 6:17-bk-3853 |
| Square One The Villages, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | 6:17-bk-3855 |
| Square One Gainesville, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | 6:17-bk-3856 |
| Square One Burgers Prop Co, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | 6:17-bk-3857 |
| Square One Lakeland, LLC | Affiliate | Middle District of Florida, Orlando Division | 06/09/2017 | 6:17-bk-3858 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-03846-KSJ<br>Middle District of Florida<br>Orlando<br>Wed Jun 28 13:10:04 EDT 2017 | Square One Development, LLC<br>704 W Bay Street<br>Tampa, FL 33606-2706 | Advantage Publishing Inc<br>4915 NW 43rd Street<br>Gainesville, FL 32606-4460 |
| Blue Cross Blue Sheild<br>PO Box 660299<br>Dallas, TX 75266-0299 | Broek LP<br>9995 Huntcliff Trace<br>Atlanta, GA 30350-2717 | Buchman-Italiano Partnership<br>c/o Craig Rothburd, Esq.<br>320 W. Kennedy Blvd., Suite 700<br>Tampa, Florida 33606-1459 |
| C&O Inc<br>1413 S Howard Ave<br>Suite 100<br>Tampa, FL 33606-3176 | Cortland Reilly<br>457 W Dale Ave<br>Tampa, FL 33609 | David W Steen, PA<br>2901 W Busch Blvd<br>Suite 311<br>Tampa, FL 33618-4565 |
| FCCI Insurance Group<br>c/o Alberta L. Adams, Esq.<br>Mills Paskert Divers<br>100 N Tampa St, Ste 3700<br>Tampa, FL 33602-5835 | First Citrus Bank<br>c/o Michael C. Markham<br>Johnson Pope Bokor Ruppel & Burns<br>401 E. Jackson St., Ste. 3100<br>Tampa, FL 33602-5228 | Gillen Broadcasting Corp<br>7120 SW 24th Ave<br>Gainesville, FL 32607-3705 |
| Ian Mackechnie<br>600 N Westshore Blvd<br>Suite 1200<br>Tampa, FL 33609-1117 | In2Food Inc<br>1775 Breckinridge Pkwy<br>Duluth, GA 30096-7616 | John Anthony, Esq<br>Anthony & Partners, LLC<br>201 N Franklin St, #2800<br>Tampa, FL 33602-5816 |
| John Conner<br>15907 Baycress Dr<br>Lakewood Ranch, FL 34202-2015 | Ken Rogers<br>128 Palm Bay Terrace<br>Apt D<br>Palm Beach Gardens, FL 33418-5765 | LG Sheldon & Linebaugh, LLC<br>c/o Traci H. Rollins<br>Squire Patton Boggs (US) LLP<br>777 S. Flagler Dr., Suite 1900 West<br>West Palm Beach, FL 33401-6161 |
| MGM Investment Properties, LLC<br>c/o Andrew W. Lennox<br>5100 W. Kennedy Blvd., Ste. 120<br>Tampa, fL 33609-1849 | Master Purveyors<br>C/O Herbert R. Donica<br>307 South Boulevard, Suite D<br>Tampa, FL 33606-2177 | Nelson Mullins Riley<br>& Scarborough LLP<br>PO Box 11009<br>Columbis, SC 29211-1009 |
| Pat Sullivan<br>704 W Bay Street<br>Tampa, FL 33606-2706 | Phillip Morris<br>PO Box 110459<br>Lakewood Ranch, FL 34211-0006 | Rearden Killion Comm<br>650 Second Ave South<br>St Petersburg, FL 33701-4104 |
| Stearns Bank, N.A.<br>c/o Grimes Goebel Grimes Hawkins<br> Gladfelter & Galvano, P.L.<br>1023 Manatee Ave West<br>Bradenton, Florida 34205-7816 | Sysco West Coast Florida, Inc.<br>c/o Frank N. White<br>Arnall Golden Gregory LLP<br>171 17th Street NW, Suite 2100<br>Atlanta, GA 30363-1031 | Tampa Bay Newspapers<br>9911 Seminole Blvd<br>Seminole, FL 33772-2536 |
| United Concordia<br>4401 Deer Path Rd<br>Harrisburg, PA 17110-3983 | UnitedHealthcare<br>Dept CH 10151<br>Palatine, IL 60055-0151 | R Scott Shuker +<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 |

Michael C Markham +
Johnson Pope Bokor Ruppel & Burns LLP
Post Office Box 1100
Tampa, FL 33601-1100

Craig E Rothburd +
Craig E. Rothburd, P.A.
320 W. Kennedy Blvd., Suite 700
Tampa, FL 33606-1459

Herbert R Donica +
Donica Law Firm PA
307 South Boulevard, Suite D
Tampa, FL 33606-2177

Sacha Ross +
Grimes Goebel Grimes Hawkins, etal
1023 Manatee Avenue West
Bradenton, FL 34205-7816

Traci H. Rollins +
Squire Sanders & Dempsey LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6144

Allan C Watkins +
Watkins Law Firm, PA
707 N Franklin Street, Suite 750
Tampa, FL 33602-4423

Andrew W Lennox +
Lennox Law, P.A.
5100 W Kennedy Blvd
Suite 120
Tampa, FL 33609-1849

Alberta L Adams +
Mills Paskert Divers PA
100 North Tampa Street
Suite 3700
Tampa, FL 33602-5835

Daniel A Velasquez +
Latham Shuker Eden Beaudine LLP
111 N. Magnolia Avenue
Suite 1400
Orlando, FL 32801-2367

Audrey M Aleskovsky +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801-2210

Darryl S Laddin +
Arnall Golden Gregory LLP
171 17th Street Northwest
Suite 2100
Atlanta, GA 30363-1031

Note: Entries with a '+' at the end of the name have an email address on file in CMECF


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Colonial Life Insurance

End of Label Matrix
Mailable recipients    41
Bypassed recipients     1
Total                  42

| | | |
|---|---|---|
| 1723 E. 15th Realty Corp.<br>2652 Nostrand Avenue<br>Brooklyn, NY 11210 | ABC Fire Equipment Corp.<br>5370 Jaeger Road<br>Naples, FL 34109 | ACT Fire Protection, Inc.<br>PO Box 4949<br>Clearwater, FL 33758 |
| ADT<br>PO Box 371878<br>Pittsburgh, PA 15250-7878 | Advantage Publishing Inc<br>4915 NW 43rd Street<br><br>Gainesville, FL 32606 | Allen Roofing, LLC<br>4300 NW 23rd Ave<br>Gainesville, FL 32606 |
| Alsco<br>507 N Willow Ave<br>Tampa, FL 33606 | Aztec Plumbing<br>12410 Metro Parkway<br>Ft. Myers, FL 33966 | Benderson 85-1 Trust<br>PO Box 823201<br>Philadelphia, PA 19182-3201 |
| Blue Bell Creameries, LP<br>PO Box 973601<br>Dallas, TX 75397-3601 | Blue Cross Blue Sheild<br>PO Box 660299<br>Dallas, TX 75266 | BMI<br>PO Box 630893<br>Cincinnati, OH 45263-0893 |
| Broek LP<br>9995 Huntcliff Trace<br>Atlanta, GA 30350 | Bulk Cooking Oil Solutions<br>2170 Andrea Lane<br>Fort Myers, FL 33912 | C&O Inc<br>1413 S Howard Ave<br>Suite 100<br>Tampa, FL 33606 |
| Cavalier Distributing FL<br>4930 Lakeland Comm Pkwy<br>Lakeland, FL 33805 | Century Link<br>PO Box 1319<br>Charlotte, NC 28201-1319 | City of St. Petersburg<br>PO Box 33034<br>St. Petersburg, FL 33733-8034 |
| City of Winter Park<br>401 S Park Avenue<br>Winter Park, FL 32789 | Colonial Life Insurance | Comcast Cable<br>PO Box 105184<br>Atlanta, GA 30348-5184 |
| Cortland Reilly<br>457 W Dale Ave<br>Tampa, FL 33609 | Corvitus<br>1011N Weber St<br>Colorado Springs, CO 80903 | Darling Ingredients Inc<br>PO Box 530401<br>Atlanta, GA 30353-0401 |
| Design Furnishings, Inc.<br>3647 All American Blvd<br>Orlando, FL 32810 | Destination Studios, LLC<br>1701 Stetson Court<br>Longwood, FL 32779 | DirecTV<br>PO Box 60036<br>Los Angeles, CA 90060-0036 |
| Dolphin Cleaning Enterprises<br>P.O. Box 6333<br>Clearwater, FL 33758 | David W Steen, PA<br>2901 W Busch Blvd<br>Suite 311<br>Tampa, FL 33618 | DVC Marketing<br>5420 Pioneer Park Blvd<br>Suite C<br>Tampa, FL 33633-4000 |

| | | |
|---|---|---|
| Ecolab<br>26252 Network Place<br>Chicago, IL 60673-1262 | Electrical Construction & Comm<br>6510 - 118th Avenue North<br>Largo, FL 33773 | ERC<br>4001 Cobb Intern'l Blvd NW<br>Kennesaw, GA 30152 |
| Fat Free, Inc.<br>968 Pondella Rd<br>Suite 1<br>N. Ft.Myers, FL 33903 | Fire Fighter, Inc.<br>PO Box 888<br>Land O' Lakes, FL 34639 | Florida Bancorp Supply, Inc.<br>P.O. Box 560128<br>Orlando, FL 32856 |
| Florida Natural Gas<br>PO Box 934726<br>Atlanta, GA 31193-4726 | Florida Power & Light Company<br>General Mail Facility<br>Miami, FL 33188-0001 | Florida's Finest Linen Service<br>1920 Cypress Lake Drive<br>Orlando, FL 32837 |
| Frontier Communications<br>PO Box 740407<br>Cincinnati, OH 45274-0407 | Gainesville Regional Utilities<br>PO Box 147051<br>Gainesville, FL 32614-7051 | Gasket Masters of SW FL |
| Gillen Broadcasting Corp<br>7120 SW 24th Ave<br>Gainesville, FL 32607 | Gold Coast Eagle | Gold Coast Fire & Security<br>11840 Lacy Lane<br>Fort Myers, FL 33966 |
| Griffin Industries, LLC<br>PO Box 530401<br>Atlanta, GA 30353-0401 | Hamco Business Supplies<br>1951-C Porter Lake Dr.<br>Sarasota, FL 34240 | Haven Furniture Company, Inc.<br>1500 Havendale Boulevard<br>Winter Haven, FL 33881 |
| Hobart Services<br>5424 W Waters Ave<br>Tampa, FL 33634 | Ian Mackechnie<br>600 N Westshore Blvd<br>Suite 1200<br>Tampa, FL 33609 | I-Deal Refuse Savings, Inc.<br>190 Fitzgerald Rd.<br>Suite 2<br>Lakeland, FL 33813 |
| In2Food Inc<br>1775 Breckinridge Pkwy<br>Duluth, GA 33096 | John Anthony, Esq<br>Anthony & Partners, LLC<br>201 N Franklin St, #2800<br>Tampa, FL 33602 | John Conner<br>15907 Baycress Dr<br>Lakewood Ranch, FL 34202 |
| John Power, Tax Collector<br>PO BOX 142340<br>Gainesville, FL 32614 | Ken Rogers<br>128 Palm Bay Terrace<br>Apt D<br>Palm Beach Gardens, FL 33418 | Lakeland Area Chamber of Comm<br>PO Box 3607<br>Lakeland, FL 33802-3607 |
| Louis Wohl<br>11101 N 46th Street<br>Tampa, FL 33617 | Main Dolphin Clearning Ent<br>PO Box 6333<br>Clearwater, FL 33758 | Manatee County Utilities<br>PO Box 25350<br>Bradenton, FL 34206-5350 |

Master Purveyors
6003 North 54th Street
Tampa., FL 33610

Muzak, LLC
PO Box 71070
Charlotte, NC 28272-1070

NaturZone Pest Control
1899 Porter Lake Dr.
Unit 103
Sarasota, FL 34240

Nelson Mullins Riley
& Scarborough LLP
PO Box 11009
Columbis, SC 29211

NuCo2
PO Box 417902
Boston, MA 02241-7902

PRLM Inc.
c/o Pappas Retail Leasing & Mgmt
PO Box 48547
St. Petersburg, FL 33743-8547

Pat Sullivan
704 W Bay Street
Tampa, FL 33606

Paychex

Phillip Morris
PO Box 110459
Lakewood Ranch, FL 34211

Polk Cty Tax Collector
430 E Main St
Bartow, FL 33831

Precision Appliance
2414 Merchant Ave
Odessa, FL 33556

Pristino Cleaning Solutions
110 Nottingham Pl
Boynton Beach, FL 33426

Progress Energy

ProMax PSI
114 Barbados Ave
Tampa, FL 33606

RPAI US Management, LLC
Lease # 24978
13068 Collections Center Drive
Chicago, IL 60693

Rearden Killion Comm
650 Second Ave South
St Petersburg, FL 33701

Restaurant Magic
4010 West Boyscout Blvd
Suite 300
Tampa, FL 33607

Sarasota County Public Utilities
P.O. Box 628255
Orlando, FL 32862-8255

Sea Breeze International
P.O. Box 20442
Bradenton, FL 34204-0442

Securis Systems
5005 W Laurel St
Suite 112
Tampa, FL 33607

Service With Style
PO Box 2132
Brandon, FL 33509

South Central A\V
PO Box 638768
Cincinnati, OH 45263-8768

Southern Glazer's Wine
& Spirits

Southern Star Commercial Svc
3711 S. Lockwood Ridge Road
Sarasota, FL 34201

Southern Wine & Spirits
5210 - 16th Avenue South
Tampa, FL 33619

Staples Advantage
PO Box 405386
Dept ATL
Atlanta, GA 30384

Sumter Electric Cooperative
PO Box 31634
Tampa, FL 33631-3634

Sysco West Coast Florida
PO Box 1839
Palmetto, FL 34220-1839

Sysco West Coast Florida
Attn: Cashier's Office
3000 69th Street East
Palmetto, FL 34221

Tampa Electric
PO Box 31318
Tampa, FL 33631-3318

Tampa Bay Newspapers
9911 Seminole Blvd
Seminole, FL 33772

TECO Peoples Gas
PO Box 31017
Tampa, FL 33631-3017

Ted, Inc.
4411 Bee Ridge Road
PMB 307
Sarasota, FL 34233

Terra Lake Brandon, LLC
C/O Paula Wormuth
8713 Crest Ln
Fort Myers, FL 33907

The Villages Utilities
984 Old Mill Run
The Villages, FL 32162-1675

TramLaw, LLC
PO Box 823201
Philadelphia, PA 19182-3201

TWC Services
PO Box 1612
Des Moines, IA 50306-1612

United Concordia
4401 Deer Path Rd
Harrisburg, PA 17110

UnitedHealthcare
Dept CH 10151
Palatine, IL 60055-0151

Van Wezel Performing Arts Hall
777 N Tamiami Trail
Sarasota, FL 34236

Villages of Southwest Plazas
c/o The Villages Comml Prop Mgm
3231 Wedgewood Lane
The Villages, FL 32162

Vista Serv
1509 Edgar Place
Sarasota, FL 34240

West Farms Landscape
11717 SW Archer Road
Gainesville, FL 32608

Weyand Food
PO Box 310259
Tampa, FL 33680-0259