UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmd.uscourts.gov

In re:  SQUARE ONE
DEVELOPMENT, LLC, *et al.*

Debtors.
_____/

CHAPTER 11

CASE NO.:   6:17-bk-03846-KSJ

Jointly Administered[1]

**VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE IN SUPPORT OF
APPLICATION OF SQUARE ONE DEVELOPMENT, LLC, *ET AL.*,
TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF
LATHAM, SHUKER, EDEN & BEAUDINE, LLP,
AS DEBTORS' COUNSEL, *NUNC PRO TUNC* TO JUNE 9, 2017**

I, R. Scott Shuker, in accordance with F.R.B.P. 2014, make the following verified statements:

1.     I am a Partner with the firm of Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker"), and have been duly admitted to practice in this Court.

2.     Except as stated below and to Debtors' knowledge, Latham Shuker has no connection with the creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

3.     Latham Shuker was retained by the Debtors, jointly, since on or about June 5, 2017 in connection with (i) the feasibility of a workout or the filing of petitions under Chapter 11 of the

---

[1] Jointly-administered cases:  Square One Development, LLC, Case No.: 6:17-bk-03846-KSJ; Square One Winter Park, LLC, Case No.: 6:17-bk-03843-KSJ; Square One Tamiami, LLC, Case No.: 6:17-bk-03847-KSJ; Square One University, LLC, Case No.: 6:17-bk-03848-KSJ; Square One Ft. Myers, LLC, Case No.: 6:17-bk-03849-KSJ; Square One Tampa Bay, LLC, Case No.: 6:17-bk-03850-KSJ; Square One Henderson, LLC, Case No.: 6:17-bk-03851-KSJ; Square One Brandon, LLC, Case No.: 6:17-bk-03852-KSJ; Square One Tyrone, LLC, Case No.: 6:17-bk-03853-KSJ; Square One The Villages, LLC, Case No.: 6:17-bk-03855-KSJ; Square One Gainesville, LLC, Case No.: 6:17-bk-03856-KSJ; Square One Burgers Prop Co., LLC, Case No.: 6:17-bk-03857-KSJ; and Square One Lakeland, LLC, Case No.: 6:17-bk-03858-KSJ.

United States Bankruptcy Code ("Code"); and (ii) assistance in the preparation of and filing of these cases.

4. Latham Shuker and its individual attorneys have not previously represented the Debtors.

5. Latham Shuker is not a creditor of the Debtors.

6. Except as set forth in paragraph 7 below and to the best of the Debtors' knowledge, Latham Shuker has no connection with the creditors or other parties in interest or their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee. Latham Shuker represents no interest adverse to the Debtors and is disinterested as required by 11 U.S.C. §327(a) and as required under Bankruptcy Rule 2014.

7. At this time, Latham Shuker is not aware of any intercompany debt. Latham Shuker asserts that if there were any intercompany debt, it would not give rise to a conflict because the Debtors will be filing a joint plan of reorganization or liquidation under which such obligations are released and of no effect. Latham Shuker does not represent (nor has it in the past) any affiliate or insider of the Debtors. If Latham Shuker receives additional information on intercompany claims, it will file a supplemental disclosure.

8. Latham Shuker has no connection with the U.S. Trustee's office or any person employed at the U.S. Trustee's office. Partners and associates of Latham Shuker have dealt with the U.S. Trustee's office in other cases and have social contact with various attorneys of the U.S. Trustee's office.

9. The factual statements set forth in this verified statement have been made based on (1) a personal review by me and my staff of the list of creditors of the Debtors, (2) a computer search of Latham Shuker's client list, and (3) a memorandum circulated to all of Latham Shuker's

attorneys requesting information as to whether a conflict would exist if this representation were undertaken. These efforts did not reveal any conflicts.

I verify, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

**DATED AND EXECUTED** this 29th day of June 2017.

/s/ R. Scott Shuker

R. Scott Shuker
Florida Bar No. 9844692
rshuker@lseblaw.com
bknotice1@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Ave, Suite 1400
P.O. Box 3353   (32802-3353)
Orlando, Florida   32801
Tel: 407-481-5800
Fax: 407-481-5801
*Attorneys for Debtors*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: SQUARE ONE DEVELOPMENT, LLC, *et al.*

Debtors.

_____/

CHAPTER 11

CASE NO.: 6:17-bk-03846-KSJ

Jointly Administered

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the **VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION OF SQUARE ONE DEVELOPMENT, LLC, *ET AL.*, TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, AS DEBTORS' COUNSEL, *NUNC PRO TUNC* TO JUNE 9, 2017**, together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Square One Devvelopment, LLC, Attn: William Milner, Manager, 704 W Bay Street, Tampa, FL 33606; Michael C. Markham, Johnson, Pope, Bokor, Ruppel & Burns, LLP, PO Box 1100 (33601-1100), 401 E. Jackson Street, Suite 3100, Tampa, Florida 33602, MikeM@jpfirm.com; Stearns Bank, N.A., c/o Sacha Ross, 1023 Manatee Avenue West, Bradenton, Florida 34205, sross@grimesgoebel.com; Audrey Aleskovsky, Esq., Office of the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; the Local Rule 1007-2 parties-in-interest list, as shown on the matrices attached to the original of this Application filed with the Court; and all those who receive electronic notice via CM/ECF in the ordinary course of business; this 29 day of June 2017.

R. Scott Shuker
Florida Bar No. 984469
rshuker@lseblaw.com
bknotice@lseblaw.com
Daniel A. Velasquez
Florida Bar No. 0098158
dvelasquez@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Ave, Suite 1400
P.O. Box 3353   (32802-3353)
Orlando, Florida   32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtors

4

```
Label Matrix for local noticing          Square One Development, LLC           Advantage Publishing Inc
113A-6                                   704 W Bay Street                      4915 NW 43rd Street
Case 6:17-bk-03846-KSJ                   Tampa, FL 33606-2706                  Gainesville, FL 32606-4460
Middle District of Florida
Orlando
Wed Jun 28 13:10:04 EDT 2017

Blue Cross Blue Sheild                   Broek LP                              Buchman-Italiano Partnership
PO Box 660299                            9995 Huntcliff Trace                  c/o Craig Rothburd, Esq.
Dallas, TX 75266-0299                    Atlanta, GA 30350-2717                320 W. Kennedy Blvd., Suite 700
                                                                               Tampa, Florida 33606-1459

C&O Inc                                  Cortland Reilly                       David W Steen, PA
1413 S Howard Ave                        457 W Dale Ave                        2901 W Busch Blvd
Suite 100                                Tampa, FL 33609                       Suite 311
Tampa, FL 33606-3176                                                           Tampa, FL 33618-4565

FCCI Insurance Group                     First Citrus Bank                     Gillen Broadcasting Corp
c/o Alberta L. Adams, Esq.               c/o Michael C. Markham                7120 SW 24th Ave
Mills Paskert Divers                     Johnson Pope Bokor Ruppel & Burns     Gainesville, FL 32607-3705
100 N Tampa St, Ste 3700                 401 E. Jackson St., Ste. 3100
Tampa, FL 33602-5835                     Tampa, FL 33602-5228

Ian Mackechnie                           In2Food Inc                           John Anthony, Esq
600 N Westshore Blvd                     1775 Breckinridge Pkwy                Anthony & Partners, LLC
Suite 1200                               Duluth, GA 30096-7616                 201 N Franklin St, #2800
Tampa, FL 33609-1117                                                           Tampa, FL 33602-5816

John Conner                              Ken Rogers                            LG Sheldon & Linebaugh, LLC
15907 Baycress Dr                        128 Palm Bay Terrace                  c/o Traci H. Rollins
Lakewood Ranch, FL 34202-2015            Apt D                                 Squire Patton Boggs (US) LLP
                                         Palm Beach Gardens, FL 33418-5765     777 S. Flagler Dr., Suite 1900 West
                                                                               West Palm Beach, FL 33401-6161

MGM Investment Properties, LLC           Master Purveyors                      Nelson Mullins Riley
c/o Andrew W. Lennox                     C/O Herbert R. Donica                 & Scarborough LLP
5100 W. Kennedy Blvd., Ste. 120          307 South Boulevard, Suite D          PO Box 11009
Tampa, fL 33609-1849                     Tampa, FL 33606-2177                  Columbis, SC 29211-1009

Pat Sullivan                             Phillip Morris                        Rearden Killion Comm
704 W Bay Street                         PO Box 110459                         650 Second Ave South
Tampa, FL 33606-2706                     Lakewood Ranch, FL 34211-0006         St Petersburg, FL 33701-4104

Stearns Bank, N.A.                       Sysco West Coast Florida, Inc.        Tampa Bay Newspapers
c/o Grimes Goebel Grimes Hawkins         c/o Frank N. White                    9911 Seminole Blvd
 Gladfelter & Galvano, P.L.              Arnall Golden Gregory LLP             Seminole, FL 33772-2536
1023 Manatee Ave West                    171 17th Street NW, Suite 2100
Bradenton, Florida 34205-7816            Atlanta, GA 30363-1031

United Concordia                         UnitedHealthcare                      R Scott Shuker +
4401 Deer Path Rd                        Dept CH 10151                         Latham Shuker Eden & Beaudine LLP
Harrisburg, PA 17110-3983                Palatine, IL 60055-0151               Post Office Box 3353
                                                                               Orlando, FL 32802-3353
```

| | | |
|---|---|---|
| Michael C Markham + <br> Johnson Pope Bokor Ruppel & Burns LLP <br> Post Office Box 1100 <br> Tampa, FL 33601-1100 | Craig E Rothburd + <br> Craig E. Rothburd, P.A. <br> 320 W. Kennedy Blvd., Suite 700 <br> Tampa, FL 33606-1459 | Herbert R Donica + <br> Donica Law Firm PA <br> 307 South Boulevard, Suite D <br> Tampa, FL 33606-2177 |
| Sacha Ross + <br> Grimes Goebel Grimes Hawkins, etal <br> 1023 Manatee Avenue West <br> Bradenton, FL 34205-7816 | Traci H. Rollins + <br> Squire Sanders & Dempsey LLP <br> 1900 Phillips Point West <br> 777 South Flagler Drive <br> West Palm Beach, FL 33401-6144 | Allan C Watkins + <br> Watkins Law Firm, PA <br> 707 N Franklin Street, Suite 750 <br> Tampa, FL 33602-4423 |
| Andrew W Lennox + <br> Lennox Law, P.A. <br> 5100 W Kennedy Blvd <br> Suite 120 <br> Tampa, FL 33609-1849 | Alberta L Adams + <br> Mills Paskert Divers PA <br> 100 North Tampa Street <br> Suite 3700 <br> Tampa, FL 33602-5835 | Daniel A Velasquez + <br> Latham Shuker Eden Beaudine LLP <br> 111 N. Magnolia Avenue <br> Suite 1400 <br> Orlando, FL 32801-2367 |
| Audrey M Aleskovsky + <br> Office of the United States Trustee <br> George C. Young Federal Building <br> 400 West Washington St, Suite 1100 <br> Orlando, FL 32801-2210 | Darryl S Laddin + <br> Arnall Golden Gregory LLP <br> 171 17th Street Northwest <br> Suite 2100 <br> Atlanta, GA 30363-1031 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Colonial Life Insurance

End of Label Matrix <br>
Mailable recipients    41 <br>
Bypassed recipients     1 <br>
Total                  42

| | | |
|---|---|---|
| 1723 E. 15th Realty Corp.<br>2652 Nostrand Avenue<br>Brooklyn, NY 11210 | ABC Fire Equipment Corp.<br>5370 Jaeger Road<br>Naples, FL 34109 | ACT Fire Protection, Inc.<br>PO Box 4949<br>Clearwater, FL 33758 |
| ADT<br>PO Box 371878<br>Pittsburgh, PA 15250-7878 | Advantage Publishing Inc<br>4915 NW 43rd Street<br>Gainesville, FL 32606 | Allen Roofing, LLC<br>4300 NW 23rd Ave<br>Gainesville, FL 32606 |
| Alsco<br>507 N Willow Ave<br>Tampa, FL 33606 | Aztec Plumbing<br>12410 Metro Parkway<br>Ft. Myers, FL 33966 | Benderson 85-1 Trust<br>PO Box 823201<br>Philadelphia, PA 19182-3201 |
| Blue Bell Creameries, LP<br>PO Box 973601<br>Dallas, TX 75397-3601 | Blue Cross Blue Sheild<br>PO Box 660299<br>Dallas, TX 75266 | BMI<br>PO Box 630893<br>Cincinnati, OH 45263-0893 |
| Broek LP<br>9995 Huntcliff Trace<br>Atlanta, GA 30350 | Bulk Cooking Oil Solutions<br>2170 Andrea Lane<br>Fort Myers, FL 33912 | C&O Inc<br>1413 S Howard Ave<br>Suite 100<br>Tampa, FL 33606 |
| Cavalier Distributing FL<br>4930 Lakeland Comm Pkwy<br>Lakeland, FL 33805 | Century Link<br>PO Box 1319<br>Charlotte, NC 28201-1319 | City of St. Petersburg<br>PO Box 33034<br>St. Petersburg, FL 33733-8034 |
| City of Winter Park<br>401 S Park Avenue<br>Winter Park, FL 32789 | Colonial Life Insurance | Comcast Cable<br>PO Box 105184<br>Atlanta, GA 30348-5184 |
| Cortland Reilly<br>457 W Dale Ave<br>Tampa, FL 33609 | Corvitus<br>1011 N Weber St<br>Colorado Springs, CO 80903 | Darling Ingredients Inc<br>PO Box 530401<br>Atlanta, GA 30353-0401 |
| Design Furnishings, Inc.<br>3647 All American Blvd<br>Orlando, FL 32810 | Destination Studios, LLC<br>1701 Stetson Court<br>Longwood, FL 32779 | DirecTV<br>PO Box 60036<br>Los Angeles, CA 90060-0036 |
| Dolphin Cleaning Enterprises<br>P.O. Box 6333<br>Clearwater, FL 33758 | David W Steen, PA<br>2901 W Busch Blvd<br>Suite 311<br>Tampa, FL 33618 | DVC Marketing<br>5420 Pioneer Park Blvd<br>Suite C<br>Tampa, FL 33633-4000 |

Ecolab
26252 Network Place
Chicago, IL 60673-1262

Electrical Construction & Comm
6510 - 118th Avenue North
Largo, FL 33773

ERC
4001 Cobb Intern'l Blvd NW
Kennesaw, GA 30152

Fat Free, Inc.
968 Pondella Rd
Suite 1
N. Ft.Myers, FL 33903

Fire Fighter, Inc.
PO Box 888
Land O' Lakes, FL 34639

Florida Bancorp Supply, Inc.
P.O. Box 560128
Orlando, FL 32856

Florida Natural Gas
PO Box 934726
Atlanta, GA 31193-4726

Florida Power & Light Company
General Mail Facility
Miami, FL 33188-0001

Florida's Finest Linen Service
1920 Cypress Lake Drive
Orlando, FL 32837

Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407

Gainesville Regional Utilities
PO Box 147051
Gainesville, FL 32614-7051

Gasket Masters of SW FL

Gillen Broadcasting Corp
7120 SW 24th Ave
Gainesville, FL 32607

Gold Coast Eagle

Gold Coast Fire & Security
11840 Lacy Lane
Fort Myers, FL 33966

Griffin Industries, LLC
PO Box 530401
Atlanta, GA 30353-0401

Hamco Business Supplies
1951-C Porter Lake Dr.
Sarasota, FL 34240

Haven Furniture Company, Inc.
1500 Havendale Boulevard
Winter Haven, FL 33881

Hobart Services
5424 W Waters Ave
Tampa, FL 33634

Ian Mackechnie
600 N Westshore Blvd
Suite 1200
Tampa, FL 33609

I-Deal Refuse Savings, Inc.
190 Fitzgerald Rd.
Suite 2
Lakeland, FL 33813

In2Food Inc
1775 Breckinridge Pkwy
Duluth, GA 33096

John Anthony, Esq
Anthony & Partners, LLC
201 N Franklin St, #2800
Tampa, FL 33602

John Conner
15907 Baycress Dr
Lakewood Ranch, FL 34202

John Power, Tax Collector
PO BOX 142340
Gainesville, FL 32614

Ken Rogers
128 Palm Bay Terrace
Apt D
Palm Beach Gardens, FL 33418

Lakeland Area Chamber of Comm
PO Box 3607
Lakeland, FL 33802-3607

Louis Wohl
11101 N 46th Street
Tampa, FL 33617

Main Dolphin Clearning Ent
PO Box 6333
Clearwater, FL 33758

Manatee County Utilities
PO Box 25350
Bradenton, FL 34206-5350

| | | |
|---|---|---|
| Master Purveyors<br>6003 North 54th Street<br>Tampa., FL 33610 | Muzak, LLC<br>PO Box 71070<br>Charlotte, NC 28272-1070 | NaturZone Pest Control<br>1899 Porter Lake Dr.<br>Unit 103<br>Sarasota, FL 34240 |
| Nelson Mullins Riley<br>& Scarborough LLP<br>PO Box 11009<br>Columbis, SC 29211 | NuCo2<br>PO Box 417902<br>Boston, MA 02241-7902 | PRLM Inc.<br>c/o Pappas Retail Leasing & Mgmt<br>PO Box 48547<br>St. Petersburg, FL 33743-8547 |
| Pat Sullivan<br>704 W Bay Street<br>Tampa, FL 33606 | Paychex | Phillip Morris<br>PO Box 110459<br>Lakewood Ranch, FL 34211 |
| Polk Cty Tax Collector<br>430 E Main St<br>Bartow, FL 33831 | Precision Appliance<br>2414 Merchant Ave<br>Odessa, FL 33556 | Pristino Cleaning Solutions<br>110 Nottingham Pl<br>Boynton Beach, FL 33426 |
| Progress Energy | ProMax PSI<br>114 Barbados Ave<br>Tampa, FL 33606 | RPAI US Management, LLC<br>Lease # 24978<br>13068 Collections Center Drive<br>Chicago, IL 60693 |
| Rearden Killion Comm<br>650 Second Ave South<br>St Petersburg, FL 33701 | Restaurant Magic<br>4010 West Boyscout Blvd<br>Suite 300<br>Tampa, FL 33607 | Sarasota County Public Utilities<br>P.O. Box 628255<br>Orlando, FL 32862-8255 |
| Sea Breeze International<br>P.O. Box 20442<br>Bradenton, FL 34204-0442 | Securis Systems<br>5005 W Laurel St<br>Suite 112<br>Tampa, FL 33607 | Service With Style<br>PO Box 2132<br>Brandon, FL 33509 |
| South Central A\V<br>PO Box 638768<br>Cincinnati, OH 45263-8768 | Southern Glazer's Wine<br>& Spirits | Southern Star Commercial Svc<br>3711 S. Lockwood Ridge Road<br>Sarasota, FL 34201 |
| Southern Wine & Spirits<br>5210 - 16th Avenue South<br>Tampa, FL 33619 | Staples Advantage<br>PO Box 405386<br>Dept ATL<br>Atlanta, GA 30384 | Sumter Electric Cooperative<br>PO Box 31634<br>Tampa, FL 33631-3634 |
| Sysco West Coast Florida<br>PO Box 1839<br>Palmetto, FL 34220-1839 | Sysco West Coast Florida<br>Attn: Cashier's Office<br>3000 69th Street East<br>Palmetto, FL 34221 | Tampa Electric<br>PO Box 31318<br>Tampa, FL 33631-3318 |

Tampa Bay Newspapers
9911 Seminole Blvd
Seminole, FL 33772

TECO Peoples Gas
PO Box 31017
Tampa, FL 33631-3017

Ted, Inc.
4411 Bee Ridge Road
PMB 307
Sarasota, FL 34233

Terra Lake Brandon, LLC
C/O Paula Wormuth
8713 Crest Ln
Fort Myers, FL 33907

The Villages Utilities
984 Old Mill Run
The Villages, FL 32162-1675

TramLaw, LLC
PO Box 823201
Philadelphia, PA 19182-3201

TWC Services
PO Box 1612
Des Moines, IA 50306-1612

United Concordia
4401 Deer Path Rd
Harrisburg, PA 17110

UnitedHealthcare
Dept CH 10151
Palatine, IL 60055-0151

Van Wezel Performing Arts Hall
777 N Tamiami Trail
Sarasota, FL 34236

Villages of Southwest Plazas
c/o The Villages Comml Prop Mgm
3231 Wedgewood Lane
The Villages, FL 32162

Vista Serv
1509 Edgar Place
Sarasota, FL 34240

West Farms Landscape
11717 SW Archer Road
Gainesville, FL 32608

Weyand Food
PO Box 310259
Tampa, FL 33680-0259