ORDERED.

Dated:  November 28, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**In re:**

**SQUARE ONE DEVELOPMENT, LLC**

　　　　**Debtor,**

_____/

**CASE NO.: 6:17-bk-03846-KSJ**

**CHAPTER 11**

**Jointly Administered**[1]

**Applicable Debtor:**

**SQUARE ONE UNIVERSITY, LLC**

**CASE NO.: 6:17-bk-03848-KSJ**

_____/

**ORDER GRANTING FIRST CITRUS BANK'S *ORE TENUS* MOTION TO INSPECT PREMISES LOCATED AT 5239 UNIVERSITY PARKWAY, UNIVERSITY PARK**

---

[1] Jointly-administered cases:  Square One Development, LLC, Case No.: 6:17-bk-03846-KSJ; Square One Winter Park, LLC, Case No.: 6:17-bk-03843-KSJ; Square One Tamiami, LLC, Case No.: 6:17-bk-03847-KSJ; Square One University, LLC, Case No.: 6:17-bk-03848-KSJ; Square One Ft. Myers, LLC, Case No.: 6:17-bk-03849-KSJ; Square One Tampa Bay, LLC, Case No.: 6:17-bk-03850-KSJ; Square One Henderson, LLC, Case No.: 6:17-bk-03851-KSJ; Square One Brandon, LLC, Case No.: 6:17-bk-03852-KSJ; Square One Tyrone, LLC, Case No.: 6:17-bk-03853-KSJ; Square One The Villages, LLC, Case No.: 6:17-bk-03855-KSJ; Square One Gainesville, LLC, Case No.: 6:17-bk-03856-KSJ; Square One Burgers Prop Co., LLC, Case No.: 6:17-bk-03857-KSJ; and Square One Lakeland, LLC, Case No.: 6:17-bk-03858-KSJ.

This Case came on for consideration on November 15, 2017 ("Hearing") on the *Ore Tenus* Motion of First Citrus Bank ("First Citrus") to Inspect the Debtor's premises ("Motion") located at 5239 University Parkway, University Park, Florida 34201 ("Premises"), leased from Tramlaw, LLC ("Landlord").  For the reasons stated and recorded in open Court at the Hearing, the Court finds cause to grant the Motion.  Accordingly, it is –

**ORDERED** that:

1. The Motion is granted.

2. Either the Debtor or the Landlord shall permit First Citrus inspect the Premise and take inventory of the Debtor's assets and First Citrus' collateral, including taking photographs of the interior of the Premises.

3. First Citrus shall provide 48 hours' notice to the Debtor or Landlord prior to its inspection.

###

Attorney Michael C. Markham is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

4310780_1